UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JUUL LABS, INC.,
                    Plaintiff,

v.                                                                                    **ORDER**

S & I SNACK SHOP INC.,                                      22 CV 2882 (VB)
                    Defendant.
--------------------------------------------------------------x
--------------------------------------------------------------x
JUUL LABS, INC.,
                    Plaintiff,

v.                                                                                    22 CV 2884 (VB)

YORKTOWN FUEL SERVICES, INC.,
                    Defendant.
--------------------------------------------------------------x
--------------------------------------------------------------x
JUUL LABS, INC.,
                    Plaintiff,

v.                                                                                    22 CV 3594 (VB)

OSSINING SNACK SHOP INC.,
                    Defendant.
--------------------------------------------------------------x

       In light of the global settlement conference before Magistrate Judge Sarah L. Cave scheduled for October 7, 2022, in each of the above-referenced actions, the Court sua sponte extends the deadline for the parties to file a joint letter regarding settlement to **November 7, 2022**.

       The initial conference scheduled for September 7, 2022, in Juul Labs, Inc. v. Ossining Snack Shop Inc., 22 CV 3594 (VB), is adjourned without date. If these cases do not settle, the parties' November 7, 2022, letter shall address whether the initial conference should be rescheduled.

Dated: September 1, 2022
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge